# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **EQUITY HOLDING CORPORATION** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-84-KAC-CHS |
| | ) | |
| **ALISHA TWITTY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant United States pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as the parties have entered into a settlement agreement.

*/by/ Matthew J. Anderson*
Matthew J. Anderson, Esq. / BPRN 34909
49 Music Sq. W. Suite 500
Nashville, TN 37203
matt@andersonlegaltn.com
P: (615) 994-8999
*Attorney for Plaintiff*


*/by/ Robert J. Atras (signed by M. Anderson w/ Permission)*
Robert J. Atras
1275 1st St. NE.
Washington, DC 20002
P: (202) 598-3738
Robert.j.atras@usdoj.gov
Attorney for Defendant United States

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 4th, 2024, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system in the U.S. District Court for the Eastern District of Tennessee, which will provide notice to all registered parties in the system.

                                          BY:    /s/ *Matthew J. Anderson*
                                                          Matthew J. Anderson