IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

Equity Holding Corp.  )
        Plaintiff  )
        )
v.  )   Civil Action No. 1:23-cv-84-KAC-CHS
        )
        )
Portfolio Recovery Assoc. LLC  )
        Defendant  )

## MOTION FOR DEFAULT JUDGMENT

Comes now Equity Holding Corp. and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant. In support of this request, Equity Holding Corp.

_____ relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

*[signature]*

Attorney for Plaintiff
Matthew J. Anderson - BPRN 34909
49 Music Square W., Suite 500
Nashville, TN 37203
matt@andersonlegaltn.com
P:615-994-8999

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Equity Holding Corp. <br> Plaintiff <br><br> v. <br><br> Portfolio Recovery Associates, LLC <br> Defendant | ) <br> ) <br> ) <br> ) Civil Action No. 1:23-cv-84-KAC-CHS <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, __Matthew Anderson__, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiff in this action.

2. Complaint was served upon the defendant on __February 21, 2023__, no response has been served within the time allowed by law nor has defendant sought additional time within which to respond, and Default has entered against the defendant, __January 17, 2025__ _____.

3. The claim of the plaintiff is for the sum of $ __0__ plus interest from the date of judgment as provided by law, together with the costs of this action.

_____
Attorney for Plaintiff

Sworn to and subscribed before me this __3__ day of __February__, __2025__.

_____
Notary Public

My Commission Expires: __7/2025__

[Seal: WILLIAM MCSEVENEY, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF DAVIDSON]