UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| EQUITY HOLDING CORPORATION, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:23-CV-84-KAC-CHS |
| v. | ) |
| | ) |
| ALISHA TWITTY; CENTURION | ) |
| CAPITAL CORPORATION; | ) |
| JEFFERSON CAPITAL SYSTEMS, LLC; | ) |
| PORTFOLIO RECOVERY | ) |
| ASSOCIATES, LLC; and CAPITAL ONE | ) |
| BANK (USA), N.A. | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is United States Magistrate Judge Christopher H. Steger's "Report and Recommendation" ("Report") entered on August 18, 2025 [Doc. 71]. On February 17, 2023, Plaintiff Equity Holding Corporation filed this lawsuit against the United States; Alisha Twitty; Centurion Capital Corporation; Jefferson Capital Systems, LLC; Portfolio Recovery Associates, LLC; and Capital One Bank (USA), N.A. seeking to quiet title to 1516 N. Chamberlain Avenue, Chattanooga, Tennessee 37406 [*See* Doc. 1]. The United States removed the case to federal court [*Id.*]. On December 4, 2024, Plaintiff and the United States agreed to voluntarily drop the United States from the action, leaving the five Remaining Defendants currently before the Court [*See* Doc. 43]. Plaintiff has served each of the Remaining Defendants, but none has made an appearance [*See* Docs. 50-54]. On January 17, 2025, the Court entered default against each of the Remaining Defendants [Docs. 56-60]. Plaintiff then moved for default judgment against each of the Remaining Defendants [Docs. 61-65].

The Report recommends that the Court grant Plaintiff's motions for default judgment and enter default judgment against each of the Remaining Defendants [Doc. 71]. No Party has objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 71] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2). The Court:

(1) **GRANTS** each of Plaintiff's "Motion[s] for Default Judgment" [Docs. 61-65] and **ENTERS** default judgment in favor of Plaintiff against Defendants Alisha Twitty; Centurion Capital Corporation; Jefferson Capital Systems, LLC; Portfolio Recovery Associates, LLC; and Capital One Bank (USA), N.A.

(2) **GRANTS** Plaintiff exclusive title to 1516 N. Chamberlain Ave., Chattanooga, TN 37406.

(3) And **EXTINGUISHES** all other previously–held interests in 1516 N. Chamberlain Ave., Chattanooga, TN 37406.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge